IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                 CASE NO.: 4:07cr14-SPM

JORGE WILMAR GUARIN MELCHOR,

      Defendant.
_____/

## ORDER CONTINUING SENTENCING

      Defense Attorney Armando Garcia has advised the Court that he is recovering from surgery. He requests a continuance of sentencing. The Government does not oppose.

      Based on the foregoing, the sentencing hearing is reset for 1:30 p.m. on November 19, 2007, at the United States Courthouse in Tallahassee, Florida.

      SO ORDERED this 12th day of October, 2007.

                                       *s/ Stephan P. Mickle*
                                       Stephan P. Mickle
                                       United States District Judge