IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.	CASE NO.: 4:07cr14-SPM

JORGE WILMAR GUARIN MELCHOR,

     Defendant.
_____/

**ORDER CONTINUING SENTENCING
AND SETTING DEADLINE FOR OBJECTIONS**

Upon consideration, Defendant's motion to continue sentencing (doc. 51) is granted. The sentencing hearing is reset for 1:30 p.m. on December 17, 2007. Defendant shall submit all objections to the Presentence Investigation Report in writing on or before November 30, 2007.

SO ORDERED this 27th day of November, 2007.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge