IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                CASE NO.: 4:07cr14-SPM

JORGE WILMAR GUARIN MELCHOR,

      Defendant.
_____/

## ORDER CONTINUING SENTENCING

Upon consideration, the Government's sealed motion (doc. 53) is granted.

The sentencing hearing is continued to 1:30 p.m. on March 17, 2008.

SO ORDERED this 11th day of December, 2007.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge