IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 4:07cr14-SPM

JORGE WILMAR GUARIN MELCHOR,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING

Upon consideration, the Government's sealed motion (doc. 55) is granted.

The sentencing hearing is continued to 1:30 p.m. on June 16, 2008.

SO ORDERED this 6th day of March, 2008.


    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge