IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES,

v.                                                                    CASE NO. 4:07-cr-14-SPM-GRJ

JORGE WILMAR GUARIN MELCHOR,

_____/

## O R D E R

This matter is before the Court on Doc. 116, Defendant's "motion for status update & receipt of current docketing statement" with respect to Defendant's pending motion to vacate pursuant to 28 U.S.C § 2255.  Upon due consideration, the instant motion is **GRANTED.**  Defendant is advised that the motion to vacate is pending review by the Court, consistent with the Court's general practice of resolving such motions in the order in which they are filed.  The Clerk is directed to send Defendant a copy of the docket sheet.

**DONE AND ORDERED** this 28th day of June 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge